03 MAY 27 PM 2:11

DISTRICT COURT
N.D. OF ALABAMA

ENTERED
MAY 27 2003

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

DANNY McFARLIN, et al.,  }
                         }
    Plaintiffs,           }
                         }
v.                       }    CIVIL ACTION NO.
                         }
                         }    99-AR-2282-S
CONSECO SERVICES, LLC, et}
al.,                     }
                         }
    Defendants.          }

**MEMORANDUM OPINION**

Before the court are eleven motions for summary judgment. Defendants, Conseco Services, LLC ("Conseco Services")[1], Conseco Health Insurance Company ("Conseco Health") f/k/a Capitol American Life Insurance Company ("Capitol American")[2], Performance Matters Associates, Inc. ("PMA")[3](collectively the "Conseco defendants"), filed nine motions for summary judgment against the nine individual plaintiffs, independent insurance agents, along with six of their respective independent marketing

---

[1]Conseco Services is a limited liability company with its principal place of business in Carmel, Indiana. "Conseco Services provides support to [Conseco Health] in the form of operations support, sales support, and marketing support."

[2]Conseco Health is a subsidiary of Conseco, Inc. ("Conseco"), with its principal place of business in Carmel, Indiana.

[3]PMA, a Delware corporation with its principal place of business in Dallas, Texas, is a wholly owned subsidiary of CIHC, Inc.

1



CV 99-AR-2282-S
Doc #275
Memorandum Opinion will be mailed out separately